IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN KINGHAM, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON PIE, INC., and DAVID JENKS,<br><br>Defendants. | Case No. 1:23-cv-11361-RWZ<br><br>Jury Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Brian Kingham, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against Boston Pie, Inc. d/b/a, and David Jenks in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Anthony Orlandi*
Anthony "Tony" Orlandi (MA Bar No. 667484)
**HERZFELD, SUETHOLZ, GASTEL, LENISKI, AND WALL, PLLC**
223 Rosa Parks Ave. Suite 300
Nashville, TN 37203
Telephone: (615) 800–6225
Facsimile: (615) 994–8625
tony@hsglawgroup.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties of record via the Court's Electronic Filing System and in accordance with the Federal Rules of Civil Procedure.

                                                            */s/ Anthony Orlandi*
                                                            **Anthony "Tony" Orlandi**